UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                 Case No. 03-50039-02
                                                    HON. BERNARD A. FRIEDMAN

vs.

FRANCINE E. HOLLAND,

       Defendant.
_____/

**<u>ORDER DENYING DEFENDANT'S MOTION FOR MODIFICATION OR REDUCTION
OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)</u>**

       Defendant Francine Holland has filed a motion pursuant to 18 U.S.C. § 3582(c)(2) requesting that the Court modify and reduce her sentence. Defendant previously filed a motion pursuant to 18 U.S.C. § 3582(c)(2), dated March 3, 2008 [D.E. 81] which was denied in an Order dated May 19, 2009 [D.E. 89]. The May 19, 2009 Order noted that the parties had stipulated that the guideline remained that statutory minimum of 120 months. The stipulation was filed with the Court. [D.E. 88]. Accordingly, Defendant's motion is without merit.

       Accordingly,

       IT IS ORDERED that Defendant's Motion for a Modification or Reduction of Sentence is DENIED.

DATED: April 30, 2010                      s/Bernard A. Friedman
                                                 BERNARD A. FRIEDMAN
                                                 UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

       The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on April 30, 2010.

                                                s/Deborah J. Goltz
                                                DEBORAH J. GOLTZ
                                                Case Manager